

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

*FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH JAN 08 2021 D. MARK JONES, CLERK BY DEPUTY CLERK*

| | |
|---|---|
| Claudine Osgood, an individual; Anton Ewing<br><br>**Plaintiff,**<br><br>V.<br><br>Main Streat Marketing, LLC, a Utah limited liability company; Jerrod Robker a/k/a Jerrod McAllister; Does 1-100; ABC Corporations 1-100; XYZ, LLC's 1-100<br><br>**Defendant.** | 4:21-mc-02<br><br>Civil Action No. 16-cv-02415-GPC-BGS<br><br>**CERTIFICATION OF JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT** |

I certify that the attached judgment is a copy of a judgment entered by this court on 8/20/2018.

I also certify that, as appears from this court's records, no motion listed in Fed.R.App.P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, that it is no longer pending.

**Date:** 11/13/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ V. Cota
V. Cota, Deputy



# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Claudine Osgood, Anton Ewing | Civil Action No. 16-cv-2415-GPC-BGS |
| Plaintiff, | |
| v. | |
| Main Streat Marketing, LLC , Jerrod Robker, DOES 1-100, ABC Corporations 1-100, XYZ, LLC's 1-100 | **DEFAULT JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Plaintiff Ewing's motion for default judgment in the amount of $15,000 under the TCPA and $25,000 under the CIPA. The Court DENIES Plaintiff Osgood's motion for default judgment.

I hereby attest and certify on  11/12/2020
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Vota_____Deputy

Date:  8/20/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ D. Gilbert

D. Gilbert, Deputy

Case 3:16-cv-02415-GPC-BGS Document 102 Filed 06/22/20 PageID.981 Page 1 of 2
Case 4:21-mc-00002-G Document 1-2 Filed 01/08/21 PageID.24 Page 3 of 5

FILED
Jun 22 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ darcig DEPUTY

NUNC PRO TUNC
6/10/20

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com

Assignee of Record, In Pro Per

2020 JUN 10 PM 2: 22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

ANTON EWING )   Case No.: 3:16-cv-02415-GPC-BGS
                       )
         Plaintiff,    )
                       )
vs.                    )
                       )
MAIN STREAT MARKETING, LLC, a Utah ) ACKNOWLEDGEMENT OF ASSIGNMENT
limited liability company; JERROD      ) OF JUDGMENT
ROBKER, an individual aka JERROD   )
MCALLISTER                         )
         Defendants    )

COMES NOW ANTON EWING, Plaintiff in this matter, and hereby provides the following in support of an ASSIGNMENT OF JUDGMENT:

1) THAT the judgment was entered in this Court on August 20, 2018.

2) THAT Plaintiff was awarded the total amount of $40,000.00 against Defendants MAIN STREAT MARKETING, LLC and JERROD ROBKER aka JERROD MCALLISTER.

3) THAT there have been no renewals since the entry of said judgment by this court and that Plaintiff has received $1,000.00 of judgment from judgment debtor(s).

4) ANTON EWING is the judgment creditor of record.

5) THAT the last address of record for MAIN STREAT MARKETING, LLC, judgment debtor, is c/o Jerrod Robker, registered agent, 333 N. Main Street, Cedar City, UT 84721.

6) THAT the last address of record for JERROD ROBKER aka JERROD MCALLISTER, judgment debtor, is 333 N. Main Street, Cedar City, UT 84721.

7) THAT I, ANTON EWING, judgment creditor, hereby transfer, and assign all title, rights, and interest in the judgment to the following person:

JAMES E. SHELTON
316 Covered Bridge Road
King of Prussia, PA 19406

8) THAT I hereby irrevocably assign to and authorize Assignee, JAMES E. SHELTON, to recover, compromise, settle and enforce said judgment at his discretion.

Signed this _9th_ day of ~~April~~ JUNE, 2020

_____
ANTON EWING
Judgment Creditor

Sworn and Subscribed to me this _10th_ day of _June_, 2020

_____
(Notary Seal)

_Jocelyn Segura_
Notary Signature

JOCELYN SEGURA
COMM. #2223715
Notary Public · California
San Diego County
My Comm. Expires Nov. 30, 2021

I hereby attest and certify on _11/12/2020_
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

2
ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT
ANTON EWING V. MAIN STREAT MARKETING, LLC, ET. AL.

James E. Shelton<br>
316 Covered Bridge Road,<br>
King of Prussia, PA 19406<br>
Office: (484) 312-3300<br>
jamie@finalverdictsolutions.com

**November 18, 2020**

**Clerk, U.S. District Court for the District of Utah**
**St. George Courthouse**
**206 West Tabernacle Room 2200**
**St. George, Utah 84770RE**

**RE: Ewing v. Main Streat Marketing, LLC, et. al Registration of Judgment from Another District**

Dear Sir/Madam.

My name is James E. Shelton. I am the judgment creditor in the above-captioned matter. Enclosed for filing please find a Certification of Judgment to Be Registered in Another District signed by the Clerk of Court of the U.S. District Court for the Southern District of California, as well as a certified copy of the Default Judgment and a certified copy of the Acknowledgement of Assignment of Judgment filed with the Court, transferring all rights, title, and interest the judgment to myself (James E. Shelton). Please register the judgment in your district under a miscellaneous case number. I have enclosed a check in the amount of $47.00 for the filing fee.

Please do not hesitate to contact me if you have any questions.

Respectfully Submitted,<br>
<i>James E. Shelton</i><br>
James E. Shelton