JAMES E. SHELTON, Judgment Creditor

Name

316 Covered Bridge Road

King of Prussia, PA 19406

Address

(484) 312-3300

Telephone

FILED
2021 JAN 8 AM 11:45
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLAUDINE OSGOOD, & ANTON EWING <br><br> Plaintiffs, <br><br> vs. <br><br> MAIN STREAT MARKETING, LLC, & JERROD ROBKER <br><br> Defendant(s). | MOTION FOR EMAIL FILING AND NOTIFICATION <br><br><br> Case No: 4:21-mc-00002 <br><br> Judge: |

    Under DUCivR 5-1(b), I hereby move the court for an order granting permission to email documents to the clerk's office for filing in this case and to receive electronic notification of case activity. The clerk's office should use the following email address to correspond with me: Jamie@finalverdictsolutions.com. I understand that I must:

- submit documents in PDF format as outlined in the court's CM/ECF and E-filing Administrative Procedures Manual (ECF Procedures Manual);

- use an appropriate digital/electronic signature on all filings, as outlined in Section (II)(A) of the ECF Procedures Manual;

- follow the formatting requirements outlined in DUCivR 10-1 and Section (II)(B) of the ECF Procedures Manual;

- read and become familiar with Local Rule of Civil Practice DUCivR 5-1(b);

- carefully examine all documents prior to emailing them and redact sensitive and private information pursuant to DUCivR 5.2-1, or file a motion to have the documents sealed under DUCivR 5-3;

- under Fed. R. Civ. P. 5, serve my documents on parties who are not served through the court's CM/ECF system, using mail, hand-delivery, or some other agreed-upon method;

- meet all filing deadlines; and

- promptly email a notice to be filed in the case when I have a change of name, address, or email address.

If I am permitted to file documents in my case by email, I understand that:

- the clerk's office may process my documents on the next business day; however, the document filing date will be the same as the email date;

- under Fed. R. Civ. P. 5 and 77 and Fed. R. Crim P. 49, email transmission of documents will constitute service as required by those rules;

- the clerk's office will send an email to me when my documents are received and that email is not proof of filing. A Notice of Electronic Filing will be emailed to me when my documents are filed in the case;

- the clerk's office may request that I change or revise a document to comply with the ECF Procedures Manual before the document will be filed in the case; and

- the court may revoke my permission to file by email after a determination that I have abused the privilege.

I have read and understand the responsibilities outlined on the attached Email Filing and Notification Form for Unrepresented Parties.

ACCORDINGLY, Judgment Creditor JAMES E. SHELTON respectfully requests that the court enter an order allowing email filing and notification.

DATED: January 8, 2021                    .

_____
        *James E. Shelton*
        Signature

Certificate of Service

I certify that on <u>January 8, 2021</u> a copy of the above motion was served, by first class U.S. mail, fax, or hand-delivery, to <u>Main Streat Marketing, LLC & Jerrod Robker</u> at

(Opposing party or counsel)

<u>333 N. Main Street</u>
(Address)
<u>Cedar City, UT 84721</u>

Dated: <u>January 8, 2021</u>

*Jamee E. Shelton*
Signature