# **EXHIBIT 4**



+1 (949) 910-1542

Tue, Nov 2, 11:59 PM



11:59 PM

**Good luck pussy boy**  11:59 PM

**Zero assets**  11:59 PM

Thanks for that  11:59 PM
Delivered

**Zero bank accounts**  11:59 PM

**Zero cars**  12:00 AM



+1 (949) 910-1542

**Zero bank accounts** — 11:59 PM

**Zero cars** — 12:00 AM

**Zero homes in my name.** — 12:00 AM

**You will never get a fucking Penny from me. Mark my words you little faggot** — 12:00 AM

**How's Biden's cock taste you little fuck tard. You're an ambulance chaser. That's all you'll ever amount to. Mommy and daddy must be so proud.** — 12:01 AM

**The only thing I own is a couch. Not married. Keep trying fuck boy** — 12:02 AM

**And you don't have shit to say cause you know you're a little faggot. You probably touch little kids in your free time too.** — 12:03 AM

**And tell the judge to suck my cock as well. Not. Getting. Shit.** — 12:03 AM

**Buh bye sweetheart** — 12:03 AM



+1 (949) 910-1542

> you little faggot

> How's Biden's cock taste you little fuck tard. You're an ambulance chaser. That's all you'll ever amount to. Mommy and daddy must be so proud.
12:01 AM

> The only thing I own is a couch. Not married. Keep trying fuck boy
12:02 AM

> And you don't have shit to say cause you know you're a little faggot. You probably touch little kids in your free time too.
12:03 AM

> And tell the judge to suck my cock as well. Not. Getting. Shit.
12:03 AM

> Buh bye sweetheart
12:03 AM


12:03 AM

Let me know when you're interested in discussing this matter like an adult.
12:05 AM

