IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

FILED
2022 JAN 31 PM 4:18
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANTON EWING<br><br>       Plaintiff<br>  v.<br><br>JERROD ROBKER<br><br>       Defendant | **No. 4:21-mc-00002**<br><br>District Judge David Nuffer |

## CERTIFICATE OF SERVICE:

I hereby certify that on January 4, 2022, I served a true and correct copy of the Court's

Order Granting Motion to Compel (ECF No. 6) entered January 4, 2022 to Defendant via U.S.

Priority Mail with tracking number 9505 5158 8221 2004 5585 88, and via Certified Mail,

Return Receipt Requested, with tracking number: 7021 0350 0001 5007 8823, addressed to the

pro se Defendant:

> JERROD ROBKER
> 4143 West 975 South
> Cedar City, UT 84720

According to the U.S. Postal Service's website, the Certified Mail was held at the Cedar

City, UT 84720 post office at 5:03 PM on January 10, 2022 at the request of the customer. The

Priority Mail was delivered to Defendant's mailbox on January 18, 2022 at 4:35 PM (see

attached printout and receipt).

Dated: January 31, 2022

*James E. Shelton*
James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com
Judgment Creditor & Assignee of Record





KING OF PRUSSIA
620 ALLENDALE RD STE 125
KING OF PRUSSIA, PA 19406-9990
(800)275-8777

01/04/2022                              05:26 PM
----------------------------------------------
Product                 Qty   Unit    Price
                              Price
----------------------------------------------
First-Class Mail®         1            $1.16
Large Envelope
    Cedar City, UT 84720
    Weight: 0 lb 1.00 oz
    Estimated Delivery Date
        Mon 01/10/2022
    Certified Mail®                     $3.75
        Tracking #:
            70210350000150078823
    Return Receipt                      $3.05
        Tracking #:
            9590 9402 7061 1225 2042 71
Total                                   $7.96

Priority Mail® 3-Day 1                  $7.95
Flat Rate Env
    Cedar City, UT 84720
    Flat Rate
    Expected Delivery Date
        Sat 01/08/2022
    Tracking #:
        9505 5158 8221 2004 5585 88
    Cert of Mailing                     $1.65
Total                                   $9.60

----------------------------------------------
Grand Total:                           $17.56
----------------------------------------------
Credit Card Remitted                   $17.56
    Card Name: MasterCard
    Account #: XXXXXXXXXXXXX4046
    Approval #: 00314C
    Transaction #: 979
    AID: A0000000041010        Chip
    AL: MASTERCARD
    PIN: Not Required
----------------------------------------------

**********************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.

# USPS Tracking®

FAQs >

## Track Another Package  +

Remove ✕

**Tracking Number:** 9505515882212004558588

Your item was delivered in or at the mailbox at 4:35 pm on January 18, 2022 in CEDAR CITY, UT 84720.

USPS Tracking Plus™ Available  ∨

Feedback

##  Delivered, In/At Mailbox

January 18, 2022 at 4:35 pm
CEDAR CITY, UT 84720

---

### Text & Email Updates                                          ∨

---

### Tracking History                                              ∧

**January 18, 2022, 4:35 pm**
Delivered, In/At Mailbox
CEDAR CITY, UT 84720
Your item was delivered in or at the mailbox at 4:35 pm on January 18, 2022 in CEDAR CITY, UT 84720.

---

**January 18, 2022, 6:10 am**
Out for Delivery
CEDAR CITY, UT 84720

---

**January 17, 2022, 1:16 pm**
Arrived at Hub

CEDAR CITY, UT 84720

---

**January 17, 2022, 12:50 am**
Departed USPS Regional Facility
PROVO UT PROCESSING CENTER

---

**January 16, 2022, 8:54 am**
Arrived at USPS Regional Facility
PROVO UT PROCESSING CENTER

---

**January 16, 2022, 7:53 am**
Arrived at USPS Regional Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

---

**January 16, 2022, 7:44 am**
Departed USPS Regional Facility
SALT LAKE CITY DISTRIBUTION CENTER

---

**January 15, 2022, 11:27 pm**
Arrived at USPS Regional Destination Facility
SALT LAKE CITY DISTRIBUTION CENTER

---

**January 14, 2022**
In Transit to Next Facility

---

**January 10, 2022, 10:36 pm**
Departed USPS Regional Facility
AMARILLO TX DISTRIBUTION CENTER

---

**January 10, 2022, 3:24 pm**
Arrived at USPS Regional Facility
AMARILLO TX DISTRIBUTION CENTER

---

**January 10, 2022, 5:38 am**
Departed USPS Regional Facility
LUBBOCK TX DISTRIBUTION CENTER

---

Feedback

**January 9, 2022, 1:28 pm**
Arrived at USPS Regional Facility
LUBBOCK TX DISTRIBUTION CENTER

**January 5, 2022, 3:28 am**
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA NETWORK DISTRIBUTION CENTER

**January 4, 2022, 6:09 pm**
Departed Post Office
KING OF PRUSSIA, PA 19406

**January 4, 2022, 5:24 pm**
USPS in possession of item
KING OF PRUSSIA, PA 19406

## USPS Tracking Plus™   ⌄

Feedback

## Product Information   ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certificate of Mailing
USPS Tracking®
Up to $50 insurance included. Restrictions Apply ⓘ

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

USPS.com® - USPS Tracking® Results

# USPS Tracking®

## Track Another Package  +

Remove ✕

**Tracking Number:** 70210350000150078823

Your item is being held at the CEDAR CITY, UT 84720 post office at 5:03 pm on January 10, 2022. This is at the request of the customer.

USPS Tracking Plus™ Available ⌄

## Held at Post Office, At Customer Request

January 10, 2022 at 5:03 pm
CEDAR CITY, UT 84720

Feedback

Get Updates ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

---

| Tracking History | ⌃ |
|---|---|

**January 10, 2022, 5:03 pm**
Held at Post Office, At Customer Request
CEDAR CITY, UT 84720
Your item is being held at the CEDAR CITY, UT 84720 post office at 5:03 pm on January 10, 2022. This is at the request of the customer.

---

**January 9, 2022**
In Transit to Next Facility

---

January 9, 2022, 6:31 pm
Arrived at USPS Regional Destination Facility
PROVO UT PROCESSING CENTER

January 7, 2022, 11:56 am
Arrived at USPS Regional Destination Facility
SALT LAKE CITY DISTRIBUTION CENTER

January 4, 2022, 11:38 pm
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

January 4, 2022, 6:09 pm
Departed Post Office
KING OF PRUSSIA, PA 19406

January 4, 2022, 5:22 pm
USPS in possession of item
KING OF PRUSSIA, PA 19406

Feedback

## USPS Tracking Plus™ ⌄

## Product Information ⌃

| Postal Product: First-Class Mail® | Features: Certified Mail™ | See tracking for related item: 9590940270611225204271 (/go/TrackConfirmAction?tLabels=9590940270611225204271) |
|---|---|---|

**See Less ⌃**

# Can't find what you're looking for?

Case 4:21-mc-00002-DN Document 7 Filed 01/31/22 PageID.96 Page 8 of 8

Go to our FAQs section to find answers to your tracking questions.

## FAQs

Feedback