# <u>EXHIBIT 1</u>
# <u>Order Granting Motion to Compel dated January 4, 2022</u>

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| ANTON EWING,<br><br>        Plaintiff,<br><br>v.<br><br>MAIN STREAT MARKETING, LLC, a Utah limited liability company, and JERROD ROBKER,<br><br>        Defendants. | **ORDER GRANTING MOTION TO COMPEL**<br><br>Case No. 4:21-mc-00002-DN<br><br>District Judge David Nuffer |

      Judgment Creditor James E. Shelton[1] filed a Motion to Compel Post-Judgment Discovery

Responses from Defendant Jerrod Robker ("Motion")[2]. The Motion will be GRANTED.

      Rule 69(a)(2) of the Federal Rules of Civil Procedure allows a judgement creditor to obtain

discovery from a judgment debtor in aid of a judgment.[3] "Discovery of a judgment debtor's assets

is conducted routinely under the Federal Rules of Civil Procedure," including Rule 69.[4] The

presumption under Rule 69 "is in favor of full discovery of any matters arguably related to the

creditor's efforts to trace the debtor's assets and otherwise to enforce its judgment."[5] Under Rule

37(a) of the Federal Rules of Civil Procedure, a judgment creditor may move to compel the debtor's

---

[1] Anton Ewing assigned the judgment to Shelton. Claudine Osgood has been removed from the caption, as Osgood's claims were dismissed in the underlying case. Civil Docket for Case #: 3:16-Cv-02415-GPC-BGS, docket no. 1-1, filed January 8, 2021.

[2] Docket no. 5, filed December 30, 2021.

[3] *Hindman LLC v. Mihaly*, No. 21 MISC. 452 (PAE), 2021 WL 5362255, at *1 (S.D.N.Y. Oct. 22, 2021).

[4] *Id.* at *2 (quoting *First City, Tex.-Houston, N.A. v. Rafidain Bank*, 281 F.3d 48, 54 (2d Cir. 2002)).

[5] *Citizens Bank, N.A. v. Zecchi*, No. 19-CV-00863-JLK, 2020 WL 6323684, at *1 (D. Colo. July 28, 2020) (quoting *Compañia de Inversiones Mercantiles S.A. v. Grupo Cementos de Chihuahua, S.A.B. de C.V.*, No. 15-CV-02120-JLK, 2019 WL 8223561, at *3 (D. Colo. Dec. 31, 2019)).

compliance with post-judgment discovery requests.[6] Upon review of the Motion, the interrogatories and the requests for productions of documents appear to be within the scope of Fed. R. Civ. P. 69(a)(2). Therefore,

IT IS HEREBY ORDERED that Defendant's Motion[7] is GRANTED. Defendant Jerrod Robker is directed to respond to the Interrogatories attached as Exhibit 2[8] to the Motion and the Requests for Production attached as Exhibit 3[9] to the Motion within 60 days of the entry of this order. Failure for Defendant to comply with this order may result in an adjudication of contempt of court and imposition of sanctions.

Signed this 4th day of January, 2022.

BY THE COURT

David Nuffer
United States District Judge

---

[6] *Hindman LLC*, 2021 WL 5362255, at *2.

[7] Docket no. 5, filed December 30, 2021.

[8] Interrogatories to Defendant Jerrod Robker in Aid of Execution, docket no. 5-2, filed December 29, 2021.

[9] Requests for Production of Documents in Aid of Execution to Defendant Jerrod Robker, docket no. 5-3, filed December 29, 2021.

# EXHIBIT 2
# Certificate of Service of
# Order on Motion to Compel

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

FILED
2022 JAN 31 PM 4:18
CLERK
U.S. DISTRICT COURT

ANTON EWING

        Plaintiff

  v.

JERROD ROBKER

       Defendant

**No. 4:21-mc-00002**

District Judge David Nuffer

## CERTIFICATE OF SERVICE:

I hereby certify that on January 4, 2022, I served a true and correct copy of the Court's

Order Granting Motion to Compel (ECF No. 6) entered January 4, 2022 to Defendant via U.S.

Priority Mail with tracking number 9505 5158 8221 2004 5585 88, and via Certified Mail,

Return Receipt Requested, with tracking number: 7021 0350 0001 5007 8823, addressed to the

pro se Defendant:

> JERROD ROBKER
> 4143 West 975 South
> Cedar City, UT 84720

According to the U.S. Postal Service's website, the Certified Mail was held at the Cedar

City, UT 84720 post office at 5:03 PM on January 10, 2022 at the request of the customer. The

Priority Mail was delivered to Defendant's mailbox on January 18, 2022 at 4:35 PM (see

attached printout and receipt).

Dated: January 31, 2022

*James E. Shelton*

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com
Judgment Creditor & Assignee of Record

1





**UNITED STATES POSTAL SERVICE.**

KING OF PRUSSIA
620 ALLENDALE RD STE 125
KING OF PRUSSIA, PA 19406-9990
(800)275-8777

01/04/2022                              05:26 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® | 1 | | $1.16 |
| Large Envelope | | | |
| Cedar City, UT 84720 | | | |
| Weight: 0 lb 1.00 oz | | | |
| Estimated Delivery Date | | | |
| Mon 01/10/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70210350000150078823 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 7061 1225 2042 71 | | | |
| Total | | | $7.96 |
| Priority Mail® 3-Day 1 | | | $7.95 |
| Flat Rate Env | | | |
| Cedar City, UT 84720 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Sat 01/08/2022 | | | |
| Tracking #: | | | |
| 9505 5158 8221 2004 5585 88 | | | |
| Cert of Mailing | | | $1.65 |
| Total | | | $9.60 |

Grand Total:                            $17.56

Credit Card Remitted                    $17.56
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX4046
    Approval #: 00314C
    Transaction #: 979
    AID: A0000000041010          Chip
    AL: MASTERCARD
    PIN: Not Required

****************************************
USPS is experiencing unprecedented volume
    increases and limited employee
    availability due to the impacts of
COVID-19. We appreciate your patience.

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9505515882212004558588

Remove ✕

Your item was delivered in or at the mailbox at 4:35 pm on January 18, 2022 in CEDAR CITY, UT 84720.

**USPS Tracking Plus™ Available** ⌄

### ⊘ Delivered, In/At Mailbox

January 18, 2022 at 4:35 pm
CEDAR CITY, UT 84720



Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**January 18, 2022, 4:35 pm**
Delivered, In/At Mailbox
CEDAR CITY, UT 84720
Your item was delivered in or at the mailbox at 4:35 pm on January 18, 2022 in CEDAR CITY, UT 84720.

---

**January 18, 2022, 6:10 am**
Out for Delivery
CEDAR CITY, UT 84720

---

**January 17, 2022, 1:16 pm**
Arrived at Hub

CEDAR CITY, UT 84720

---

**January 17, 2022, 12:50 am**
Departed USPS Regional Facility
PROVO UT PROCESSING CENTER

---

**January 16, 2022, 8:54 am**
Arrived at USPS Regional Facility
PROVO UT PROCESSING CENTER

---

**January 16, 2022, 7:53 am**
Arrived at USPS Regional Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

---

**January 16, 2022, 7:44 am**
Departed USPS Regional Facility
SALT LAKE CITY DISTRIBUTION CENTER

---

**January 15, 2022, 11:27 pm**
Arrived at USPS Regional Destination Facility
SALT LAKE CITY DISTRIBUTION CENTER

---

**January 14, 2022**
In Transit to Next Facility

---

**January 10, 2022, 10:36 pm**
Departed USPS Regional Facility
AMARILLO TX DISTRIBUTION CENTER

---

**January 10, 2022, 3:24 pm**
Arrived at USPS Regional Facility
AMARILLO TX DISTRIBUTION CENTER

---

**January 10, 2022, 5:38 am**
Departed USPS Regional Facility
LUBBOCK TX DISTRIBUTION CENTER

---

Feedback

January 9, 2022, 1:28 pm
Arrived at USPS Regional Facility
LUBBOCK TX DISTRIBUTION CENTER

January 5, 2022, 3:28 am
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA NETWORK DISTRIBUTION CENTER

January 4, 2022, 6:09 pm
Departed Post Office
KING OF PRUSSIA, PA 19406

January 4, 2022, 5:24 pm
USPS in possession of item
KING OF PRUSSIA, PA 19406

## USPS Tracking Plus™  ⌄

## Product Information  ⌃

**Postal Product:**
Priority Mail®

**Features:**
Certificate of Mailing
USPS Tracking®
Up to $50 insurance included. Restrictions Apply  ⓘ

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70210350000150078823

Remove ✕

Your item is being held at the CEDAR CITY, UT 84720 post office at 5:03 pm on January 10, 2022. This is at the request of the customer.

**USPS Tracking Plus™** Available ⌄

## Held at Post Office, At Customer Request

January 10, 2022 at 5:03 pm
CEDAR CITY, UT 84720

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**January 10, 2022, 5:03 pm**
Held at Post Office, At Customer Request
CEDAR CITY, UT 84720
Your item is being held at the CEDAR CITY, UT 84720 post office at 5:03 pm on January 10, 2022. This is at the request of the customer.

---

**January 9, 2022**
In Transit to Next Facility

---

January 9, 2022, 6:31 pm
Arrived at USPS Regional Destination Facility
PROVO UT PROCESSING CENTER

January 7, 2022, 11:56 am
Arrived at USPS Regional Destination Facility
SALT LAKE CITY DISTRIBUTION CENTER

January 4, 2022, 11:38 pm
Arrived at USPS Regional Origin Facility
PHILADELPHIA PA DISTRIBUTION CENTER

January 4, 2022, 6:09 pm
Departed Post Office
KING OF PRUSSIA, PA 19406

January 4, 2022, 5:22 pm
USPS in possession of item
KING OF PRUSSIA, PA 19406

Feedback

## USPS Tracking Plus™                                                         ⌄

## Product Information                                                          ⌃

| Postal Product: First-Class Mail® | Features: Certified Mail™ | See tracking for related item: 9590940270611225204271 (/go/TrackConfirmAction?tLabels=9590940270611225204271) |

**See Less** ⌃

# Can't find what you're looking for?

Case 1:21-cv-00020-NDN Document 47 Filed 01/28/22 Page 12 of 31

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# EXHIBIT 3
# Declaration of James E. Shelton

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com
Judgment Creditor and Assignee of Record

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANTON EWING | **No. 4:21-mc-00002** |
| Plaintiff | |
| v. | Honorable David Nuffer |
| JERROD ROBKER | |
| Defendant | |

## <u>DECLARATION OF JAMES E. SHELTON</u>

1. My name is James E. Shelton. I am over 18 years old, and could testify competently to the undersigned statements.

2. I am the Judgment Creditor and Assignee of Record in this matter.

3. On January 31, 2022, I filed a Certificate of Service in this matter, reflecting that a true and correct copy of the Court's Order Granting Motion to Compel entered January 4, 2022 was served upon Defendant Jerrod Robker via U.S. Priority Mail with tracking number 9505 5158 8221 2004 5585 88 at Defendant's residential address, 4143 West 975 South, Cedar City, UT 84720. *See* ECF No. 6.

4. According to the U.S. Postal Service's website, the Priority Mail was delivered to Defendant's mailbox on January 18, 2022 at 4:35 PM (Mountain time). *See* Exhibit "2", a true and correct printout from the U.S. Postal Service's website evidencing same.

1

5.  Less than three (3) hours after receiving a copy of the Court's Order Granting Motion to Compel entered January 4, 2022 in the mail, Defendant sent a text message to me at 7:32 PM Mountain time (9:32 PM Eastern time), which read:

    *"My ex keeps telling me you keep sending shit to her house. She just keeps throwing it all away, apparently. This is me informing you that you're sending mail to the wrong address and you will never find my new address pedo faggot boy. New city, new life. Go play in traffic, faggot fuck. Never getting a dime from me. Mark my words. Later faggot."*

6.  Attached as Exhibit "4" to this Motion is a true and correct screenshot of said text message, which was sent from Mr. Robker's personal cell phone number (435-263-1912).

7.  Mr. Robker's text message is further evidence that he has full knowledge that Mr. Shelton has been sending him important legal documents from this case in the U.S. Mail to his address.

8.  On May 4, 2022, I wrote to Mr. Robker via letter sent via U.S. Priority Mail, attempting to meet and confer in good faith with Mr. Robker regarding his non-compliance with the Court's January 4, 2022 Order Granting Motion to Compel. Attached as Exhibit "5" is a true and correct copy of my May 4, 2022 letter sent to Mr. Robker via U.S. Priority Mail with tracking number 9505 5132 7476 2124 5313 41. Attached to the letter was a true and correct copy of the Court's Order dated January 4, 2022.

9.  My May 4, 2022 letter warned Mr. Robker that I would seek the Court's intervention and seek monetary sanctions and/or a finding of Contempt of Court against Mr. Robker if he failed to cooperate on or before May 16, 2022.

10. According to the U.S. Postal Service, my letter of May 4, 2022 was delivered to Mr. Robker at 1:07 PM on May 7, 2022. *See* Exhibit "5" (receipt, certificate of mailing, and proof of delivery included).

11. Mr. Robker failed to contact me to resolve this matter.

2

12. Anticipating that Mr. Robker could possibly claim he changed his address or otherwise attempt to deny receipt of the Court's Order in the future, on May 31, 2022, I hired Constable Andre Brazzle, a certified Law Enforcement Officer with Brazzle Constable Service, LLC, to personally serve true and correct copies of Mr. Shelton's May 4, 2022 letter and the Court's Order Granting Motion to Compel to Defendant at his last known residential address of record, 4143 West 975 South, Cedar City, UT 84720.

13. Exhibit "6" attached hereto (Affidavit of Service signed by Constable Brazzle) evidences that on July 8, 2022, Constable Brazzle made contact with the Defendant Jerrod Robker at Mr. Robker's home address, 4143 West 975 South, Cedar City, UT 84720, through a camera doorbell. The Affidavit of Service reflects that after Mr. Robker identified himself, Constable Brazzle left true and correct copies of the aforementioned documents at Mr. Robker's door, with Mr. Robker's permission.

14. Constable Brazzle is a third-party with no interest in this matter.

15. There is no question now that Defendant has received numerous copies of the Court's Order, via the U.S. Postal Service and via delivery by Constable Brazzle to Defendant's home. There is also no question that Defendant still resides at the same address and is on notice of the Court's Order.

16. Despite all of the notices I provided or caused to be provided to Defendant at his same home address, Mr. Robker has failed and/or refused to comply with the Court's Order. He has not produced any post-judgment discovery responses or produced any responsive documents, as ordered by the Court on January 4, 2022.

17. Mr. Robker has stated in writing that he refuses to pay a dime to satisfy the outstanding judgment against him. I believe his ongoing refusal to comply with the Court's Order is

an obvious and clear attempt to defeat collection efforts. Mr. Robker simply does not respect this Court's authority.

18. Mr. Robker's refusal to comply with the Court's Order to provide post-judgment discovery has effectively prevented me from collecting on the judgment because Mr. Robker is concealing information about his income and assets.

I declare under penalty of perjury of the United State of America that the foregoing is true and correct.

Dated: July 28, 2022

JAMES E. SHELTON

4

# EXHIBIT 4
## Screenshot of Text Message from Robker dated January 18, 2022

4:44



+1 (435) 263-1912 ›

iMessage
Tue, Jan 18, 9:32 PM

My ex keeps telling me you keep sending shit to her house. She just keeps throwing it all away, apparently. This is me informing you that you're sending mail to the wrong address and you will never find my new address pedo faggot boy. New city, new life. Go play in traffic, faggot fuck. Never getting a dime from me. Mark my words. Later faggot.

9:32 PM

Thu, Apr 21, 4:25 PM



4:25 PM

iMessage

4:44

  

+1 (435) 263-1912 ›

Thu, Apr 21, 4:25 PM

> v.
>
> MAIN STREAT MARKETING, LLC., a Utah
> limited liability company, and JERROD
> ROBKER,
>
> Defendants.
>
> Case No. 4:21-mc-00002-DN
>
> District Judge David Nuffer
>
> Judgment Creditor James E. Shelton[1] filed a Motion to Compel Post-Judgment Discovery Responses from Defendant Jerrod Robker ("Motion")[2]. The Motion will be GRANTED.
>
> Rule 69(a)(2) of the Federal Rules of Civil Procedure allows a judgement creditor to obtain discovery from a judgment debtor in aid of a judgment.[3] "Discovery of a judgment debtor's assets is conducted routinely under the Federal Rules of Civil Procedure," including Rule 69.[4] The presumption under Rule 69 "is in favor of full discovery of any matters arguably related to the creditor's efforts to trace the debtor's assets and otherwise to enforce its judgment."[5] Under Rule 37(a) of the Federal Rules of Civil Procedure, a judgment creditor may move to compel the debtor's
>
> [1] Anton Ewing assigned the judgment to Shelton. Claudine Osgood has been removed from the caption, as Osgood's claims were dismissed in the underlying case. Civil Docket for Case #: 3:16-Cv-02415-GPC-BGS, docket no. 1-1, filed January 8, 2021.
> [2] Docket no. 5, filed December 30, 2021.
> [3] Hindman LLC v. Mihaly, No. 21 MISC. 452 (PAE), 2021 WL 3362255, at *1 (S.D.N.Y. Oct. 22, 2021).
> [4] Id. at *2 (quoting First City, Tex.-Houston, N.A. v. Rafidain Bank, 281 F.3d 48, 54 (2d Cir. 2002)).
> [5] Citizens Bank, N.A. v. Zecchi, No. 19-CV-00863-JLK, 2020 WL 6323684, at *1 (D. Colo. July 28, 2020) (quoting Compañia de Inversiones Mercantiles S.A. v. Grupo Cementos de Chihuahua, S.A.B. de C.V., No. 15-CV-02120-JLK, 2019 WL 8223561, at *3 (D. Colo. Dec. 31, 2019)).

> Case 4:21-mc-00002-DN    Document 6    Filed 01/04/22    PageID.88    Page 2 of 2
>
> compliance with post-judgment discovery requests.[6] Upon review of the Motion, the interrogatories and the requests for productions of documents appear to be within the scope of Fed. R. Civ. P. 69(a)(2). Therefore,
>
> IT IS HEREBY ORDERED that Defendant's Motion[7] is GRANTED. Defendant Jerrod Robker is directed to respond to the Interrogatories attached as Exhibit 2[8] to the Motion and the Requests for Production attached as Exhibit 3[9] to the Motion within 60 days of the entry of this

4:25 PM

Dear Mr. Robker,

I am reaching out to you because you have not complied with the attached Order granting my Motion to Compel Post-Judgment Discovery Responses. The Order gave you sixty (60) days to respond to my interrogatories and requests for

  iMessage 

      

4:44

+1 (435) 263-1912 ›

Dear Mr. Robker,

I am reaching out to you because you have not complied with the attached Order granting my Motion to Compel Post-Judgment Discovery Responses. The Order gave you sixty (60) days to respond to my interrogatories and requests for production of documents. At this time, I have received nothing from you, nor any indication that you intend to cooperate with the Court's Order. I can only conclude that this situation calls for the Court's intervention. Please be advised that unless you fully comply with the Order, on or before April 29, 2022, I intend to ask the Court to issue monetary sanctions against you and/or find you in Contempt of Court. Please contact me immediately if you wish to resolve this matter or if you have any questions. Thank you.

James E. Shelton

4:25 PM

iMessage

# EXHIBIT 5

## Meet and Confer Letter to Robker dated May 4, 2022 and Proof of Delivery

James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
Tel. (484) 312-3300
Email: Jamie@finalverdictsolutions.com

May 4, 2022

Jerrod Robker
4143 West 975 South
Cedar City, UT 84720

VIA USPS PRIORITY MAIL WI0TH TRACKING

Re:   Ewing v. Main Streat Marketing, LLC and Jerrod Robker, District of Utah, Case No. 4:21-mc-00002, Outstanding Post-Judgment Discovery Requests

Dear Mr. Robker,

On January 4, 2022, the Court entered an *Order Granting Motion to Compel*. A copy of the Court's Order is enclosed with this letter. The Order required you to respond to the Interrogatories attached as Exhibit 2 to the Motion and the Requests for Production attached as Exhibit 3 to the Motion within 60 days of the entry of this order. The Court also warned you that failure comply with this order may result in an adjudication of contempt of court and imposition of sanctions.

At this time, I have still not received any post-judgment discovery responses from you, and your responses are overdue. This is an attempt to meet and confer with you regarding your outstanding post-judgment discovery responses. I have received no indication that you intend to respond to my post-judgment discovery requests or otherwise comply with the Court's Order..

I can only conclude that this situation calls for the Court's assistance. Please be aware that, absent immediate compliance, on or before May 16, 2022, I will be seeking monetary sanctions and/or a finding of contempt of court against you if you do not provide all post-judgment discovery responses and produce all responsive documents as ordered by the Court.

I await your response. Thank you for your prompt attention to this matter.

Sincerely,

*James E. Shelton*

James E. Shelton

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| ANTON EWING,<br><br>        Plaintiff,<br><br>v.<br><br>MAIN STREAT MARKETING, LLC, a Utah limited liability company, and JERROD ROBKER,<br><br>        Defendants. | **ORDER GRANTING MOTION TO COMPEL**<br><br>Case No. 4:21-mc-00002-DN<br><br>District Judge David Nuffer |

Judgment Creditor James E. Shelton[1] filed a Motion to Compel Post-Judgment Discovery Responses from Defendant Jerrod Robker ("Motion")[2]. The Motion will be GRANTED.

Rule 69(a)(2) of the Federal Rules of Civil Procedure allows a judgement creditor to obtain discovery from a judgment debtor in aid of a judgment.[3] "Discovery of a judgment debtor's assets is conducted routinely under the Federal Rules of Civil Procedure," including Rule 69.[4] The presumption under Rule 69 "is in favor of full discovery of any matters arguably related to the creditor's efforts to trace the debtor's assets and otherwise to enforce its judgment."[5] Under Rule 37(a) of the Federal Rules of Civil Procedure, a judgment creditor may move to compel the debtor's

---

[1] Anton Ewing assigned the judgment to Shelton. Claudine Osgood has been removed from the caption, as Osgood's claims were dismissed in the underlying case. Civil Docket for Case #: 3:16-Cv-02415-GPC-BGS, docket no. 1-1, filed January 8, 2021.

[2] Docket no. 5, filed December 30, 2021.

[3] *Hindman LLC v. Mihaly*, No. 21 MISC. 452 (PAE), 2021 WL 5362255, at *1 (S.D.N.Y. Oct. 22, 2021).

[4] *Id.* at *2 (quoting *First City, Tex.-Houston, N.A. v. Rafidain Bank*, 281 F.3d 48, 54 (2d Cir. 2002)).

[5] *Citizens Bank, N.A. v. Zecchi*, No. 19-CV-00863-JLK, 2020 WL 6323684, at *1 (D. Colo. July 28, 2020) (quoting *Compañia de Inversiones Mercantiles S.A. v. Grupo Cementos de Chihuahua, S.A.B. de C.V.*, No. 15-CV-02120-JLK, 2019 WL 8223561, at *3 (D. Colo. Dec. 31, 2019)).

compliance with post-judgment discovery requests.[6] Upon review of the Motion, the interrogatories and the requests for productions of documents appear to be within the scope of Fed. R. Civ. P. 69(a)(2). Therefore,

IT IS HEREBY ORDERED that Defendant's Motion[7] is GRANTED. Defendant Jerrod Robker is directed to respond to the Interrogatories attached as Exhibit 2[8] to the Motion and the Requests for Production attached as Exhibit 3[9] to the Motion within 60 days of the entry of this order. Failure for Defendant to comply with this order may result in an adjudication of contempt of court and imposition of sanctions.

Signed this 4th day of January, 2022.

BY THE COURT

David Nuffer
United States District Judge

---

[6] *Hindman LLC*, 2021 WL 5362255, at *2.

[7] Docket no. 5, filed December 30, 2021.

[8] Interrogatories to Defendant Jerrod Robker in Aid of Execution, docket no. 5-2, filed December 29, 2021.

[9] Requests for Production of Documents in Aid of Execution to Defendant Jerrod Robker, docket no. 5-3, filed December 29, 2021.



**UNITED STATES POSTAL SERVICE.**

PEBBLE HILLS
3100 N YARBROUGH DR
EL PASO, TX 79925-9998
(800)275-8777

05/04/2022                                    11:35 AM
------------------------------------------------
Product              Qty    Unit      Price
                            Price
------------------------------------------------

CTOM - Individual -   1                $1.65
Domestic

Priority Mail® 3-Day  1                $8.95
Window FR Env
    Cedar City, UT 84720
    Flat Rate
    Expected Delivery Date
        Mon 05/09/2022
    Tracking #:
    —  9505 5132 7476 2124 5313 41
    Insurance                          $0.00
        Up to $50.00 included
Total                                  $8.95
------------------------------------------------
Grand Total:                          $10.60
------------------------------------------------
Credit Card Remitted                  $10.60
    Card Name: AMEX
    Account #: XXXXXXXXXXX2829
    Approval #: 163084
    Transaction #: 357
    AID: A000000025010402             Chip
    AL: AMERICAN EXPRESS
    PIN: Not Required
------------------------------------------------

---

**UNITED STATES POSTAL SERVICE.**          **Certificate Of Mailin**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailin
This form may be used for domestic and international mail.

From:  James E. Shelton
       516 Covered Bridge Road
       King of Prussia, PA 19406

To:    Jerrod Robker
       4143 West 975 South
       Cedar City, UT 84720

PS Form **3817**, April 2007 PSN 7530-02-000-9065

0000

**UNITED STATES POSTAL SERVICE**

U.S. POSTAGE PAID
EL PASO, TX
79925
MAY 04, 22
AMOUNT
**$1.65**
R2304M11408+15

# USPS Tracking®

FAQs >

Track Another Package **+**

**Tracking Number:** 9505513274762124531341

Remove ✕

Your item was delivered in or at the mailbox at 1:04 pm on May 7, 2022 in CEDAR CITY, UT 84720.

**USPS Tracking Plus® Available** ∨

## ⊘ **Delivered, In/At Mailbox**

May 7, 2022 at 1:04 pm
CEDAR CITY, UT 84720

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∧

**May 7, 2022, 1:04 pm**
Delivered, In/At Mailbox
CEDAR CITY, UT 84720
Your item was delivered in or at the mailbox at 1:04 pm on May 7, 2022 in CEDAR CITY, UT 84720.

---

**May 7, 2022, 6:45 am**
Out for Delivery
CEDAR CITY, UT 84720

---

**May 7, 2022, 6:34 am**
Arrived at Post Office

CEDAR CITY, UT 84720

---

**May 7, 2022, 12:49 am**
Departed USPS Regional Facility
PROVO UT PROCESSING CENTER

---

**May 7, 2022, 12:16 am**
Arrived at USPS Regional Facility
PROVO UT PROCESSING CENTER

---

**May 6, 2022, 11:28 pm**
Departed USPS Regional Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

---

**May 6, 2022, 11:18 pm**
Arrived at USPS Regional Facility
SALT LAKE CITY UT NETWORK DISTRIBUTION CENTER

---

**May 6, 2022, 11:10 pm**
Departed USPS Regional Facility
SALT LAKE CITY DISTRIBUTION CENTER

---

**May 6, 2022, 4:30 am**
Arrived at USPS Regional Destination Facility
SALT LAKE CITY DISTRIBUTION CENTER

---

**May 4, 2022, 11:34 am**
USPS in possession of item
EL PASO, TX 79925

---

Feedback

## USPS Tracking Plus®                                          ⌄

## Product Information                                          ⌃

**Postal Product:**                          **Features:**

Priority Mail®

Insured
USPS Tracking®

---

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# EXHIBIT 6
## Affidavit of Service signed by Constable Andre Bazzle

**AFFIDAVIT OF SERVICE**

| Case:<br>4:21- mc-<br>00002- | Court:<br>United States Districct Court for the Southern<br>District of Utah | County:<br>, UT | Job:<br>7197681 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Anton Ewing | | Defendant / Respondent:<br>Main Streat Marketing, LLC, a Utah limited liability company, and<br>Jerod Robker | |
| Received by:<br>Brazzle Constable Service, LLC. | | For:<br>Final Verdict Solutions | |
| To be served upon:<br>Jerod Robker | | | |

I, Constable Andre Brazzle a Law Enforcement Officer , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Jerod Robker, 4143 W 975 S, Cedar City, UT 84720

**Manner of Service:**   Substitute Service - Abode, Jul 8, 2022, 10:35 pm MDT

**Documents:**   JERROD GRANT ROBKER III - Comprehensive Report (Received May 31, 2022 at 12:02pm MDT), Letter Re: Ewing v. Main Streat Marketing, LLC and Jerrod Robker, District of Utah, Case No. 4:21-mc-00002, Outstanding Post-Judgment Discovery Requests; Order Granting Motion To Compel (Received May 31, 2022 at 12:02pm MDT)

**Additional Comments:**
1) Unsuccessful Attempt: Jun 11, 2022, 8:36 pm MDT at 4143 W 975 S, Cedar City, UT 84720
No answer

2) Successful Attempt: Jul 8, 2022, 10:35 pm MDT at 4143 W 975 S, Cedar City, UT 84720 received by Jerod Robker.
I responded to 4143 W 975 in Cedar City UT, to make contact with Jerod Robker lll. The reason for contact was to personally serve upon legal documents. There was no answer at the door, but the defendant spoke with me through his camera doorbell. I identified myself as Constable Brazzle and asked was he Jerod Robker. The person identified himself as Jerod and asked what I needed. I explained to Jerrod I had some legal documents for him. Jerrod stated" you can just leave them by the door." I then asked Jerrod was he given me permission to leave the documents and he stated yes.

The documents were left at the door like instructed by Jerrod Robker, and photos taken of the documents left.

**Fees:**   $150.36

_Andre Brazzle_ _____   07/11/2022
Constable Andre Brazzle a Law Enforcement Officer        Date

Brazzle Constable Service, LLC.
1074 Woodlen Circle
Saint George, UT 84790