# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

FILED
2022 SEP 16 PM 4:07
CLERK
U.S. DISTRICT COURT

ANTON EWING

       Plaintiff

v.

JERROD ROBKER

       Defendant

**No. 4:21-mc-00002**

District Judge David Nuffer

## **CERTIFICATE OF SERVICE:**

I hereby certify that on September 9, 2022, I served a true and correct copy of the Court's Order Granting Motion for Contempt Hearing (Doc. No. 9) to Defendant via U.S. Priority Mail and a U.S. Postal Service certificate of mailing, with tracking number: 9505 5158 8221 2252 6353 83 addressed to the pro se Defendant as follows:

> JERROD ROBKER
> 4143 West 975 South
> Cedar City, UT 84720

According to the U.S. Postal Service's website, the Priority Mail was delivered to Defendant's residence on September 14, 2022 at 3:57 PM. Attached is proof of delivery from the U.S. Postal Service's website along with the attached receipts from the post office.

Dated: September 16, 2022

*James E. Shelton*
James E. Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 312-3300
jamie@finalverdictsolutions.com
Judgment Creditor & Assignee of Record

1



```
                UNITED STATES
                POSTAL SERVICE.
                KING OF PRUSSIA
           620 ALLENDALE RD STE 125
           KING OF PRUSSIA, PA 19406-9990
                   (800)275-8777
09/09/2022                              04:39 PM
-----------------------------------------------
Product                 Qty   Unit      Price
                              Price
-----------------------------------------------
Priority Mail®           1               $8.95
Flat Rate Env
    Cedar City, UT 84720
    Flat Rate
    Expected Delivery Date
        Tue 09/13/2022
    Tracking #:
        9505 5158 8221 2252 6353 83
    Cert of Mailing                      $1.75
Total                                   $10.70

Mailer 10.5 x 16         1    $1.49      $1.49

First-Class Mail®        1               $2.40
Large Envelope
    Philadelphia, PA 19135
    Weight: 0 lb 5.50 oz
    Estimated Delivery Date
        Mon 09/12/2022
    Certified Mail®                      $4.00
    Tracking #:
        70220410000071708533
    Return Receipt                       $3.25
    Tracking #:
        9590 9402 7596 2098 0700 18
Total                                    $9.65
-----------------------------------------------
Grand Total:
                                        $21.84
-----------------------------------------------
Credit Card Remit                       $21.84
    Card Name: MasterCard
    Account #: XXXXXXXXXXXX7441
    Approval #: 09500E
```



**UNITED STATES POSTAL SERVICE®**   **Certificate Of Mailing**   To pay fee, affix stamps or meter postage here.

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: James E. Shelton
316 Covered Bridge Rd
King of Prussia PA 19406

To: Jerrod Robker
4143 West 975 South
Cedar City, UT 84720

Postmark Here — KING OF PRUSSIA, PA 19406 — SEP -9 2022

PS Form **3817**, April 2007  PSN 7530-02-000-9065

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 9505515882212252635383

Your item was delivered in or at the mailbox at 3:57 pm on September 14, 2022 in CEDAR CITY, UT 84720.

USPS Tracking Plus® Available ∨

## ✓ Delivered, In/At Mailbox

September 14, 2022 at 3:57 pm
CEDAR CITY, UT 84720

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∧

September 14, 2022, 3:57 pm
Delivered, In/At Mailbox
CEDAR CITY, UT 84720
Your item was delivered in or at the mailbox at 3:57 pm on September 14, 2022 in CEDAR CITY, UT 84720.

September 14, 2022, 6:10 am
Out for Delivery
CEDAR CITY, UT 84720

**September 13, 2022, 7:00 pm**
Arrived at Post Office
CEDAR CITY, UT 84720

**September 13, 2022**
In Transit to Next Facility

**September 9, 2022, 5:06 pm**
Departed Post Office
KING OF PRUSSIA, PA 19406

**September 9, 2022, 4:36 pm**
USPS in possession of item
KING OF PRUSSIA, PA 19406

**USPS Tracking Plus®**

Feedback

**Product Information**

**Postal Product:**
Priority Mail®

**Features:**
Certificate of Mailing
USPS Tracking®
Up to $100 insurance included. Restrictions Apply ⓘ

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

## FAQs