## AFFIDAVIT OF SERVICE

| Case:<br>4:21-mc-00002-DN | Court:<br>United States District Court | County:<br>, UT | Job:<br>7696979 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ANTON EWING | | Defendant / Respondent:<br>MAIN STREAT MARKETING, LLC, a Utah limited liability company,<br>and JERROD ROBKER, | FILED |
| Received by:<br>Brazzle Constable Service, LLC. | | For:<br>Final Verdict Solutions | 2022 OCT 8 PM 12:26<br>CLERK |
| To be served upon:<br>Jerrod Robker | | | U.S. DISTRICT COURT |

I, Constable Andre Brazzle a Law Enforcement Officer , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| Recipient Name / Address: | Jerrod Robker 4143 W 975 S, Cedar City, UT 84720 |
|---|---|
| Manner of Service: | Substitute Service - Abode, Oct 3, 2022, 2:01 pm MDT |
| Documents: | ORDER GRANTING MOTION FOR CONTEMPT HEARING (Received Sep 9, 2022 at 8:16am MDT) |

**Additional Comments:**
1) Successful Attempt: Oct 3, 2022, 2:01 pm MDT at 4143 W 975 S, Cedar City, UT 84720 received by Jerrod Robker.
I responded to 4143 W 975 S and attempted to make contact with Jerrod Robker. The reason for contact was to personally serve upon him an Order Granting Motion For Contempt Hearing.

As I approached the home I noticed several vehicles parked in the driveway of the home. I rang the doorbell and a male individual answered through the doorbell camera. I informed the male that I had some legal documents for Jerrod Robker. The male then stated" Jeremy doesn't live here anymore, he moved."

I then advised the male that he sounded like Jerrod Robker. The male then stated again that Jerrod did not live there. I made contact with the plaintiff and briefed him on the statement from the male individual. The plaintiff stated he believed the defendant is still residing at the residence. This is because of a phone call he received from the defendant's significant other.

The plaintiff had previously obtained vehicle information on the defendant. One of the vehicles that is registered to the defendant was a Nissan X Terra. The vehicle described to me by the plaintiff was parked in the driveway at the residence. The vehicle seem to be running , and in condition with no damage.

Action Taken:

Because of the information I received from the plaintiff, and believing the male individual I was speaking with through the doorbell camera was in fact Jerrod Robker. The documents were posted at the residence, and flagged as Refusal.

It should be noted the male I believed to be Jerrod Robker, became combative when I was posting the documents. The male stated" don't leave those papers at my house". I informed him I was going to post the documents on the property. The male I believe was Jerrod Robker, started yelling and said" don't you leave those documents on my property, I'm going to call the Sheriff Department."

The documents were posted and a photo taken of the posting. If a person truly was not a party to the action in the court filing. One would assume that the person would not care if any paperwork that did not concern him or her was left at the residence, because it did not truly concern him or her.

A person could also assume a person who is trying to avoid service, knowing if the documents are left, then him or her, may have to answer to the court order, would be highly upset and not want the documents left.

**Fees:**   $145.00

_Andre Brazzle_ _____   10/05/2022
Constable Andre Brazzle a Law Enforcement Officer          Date

Brazzle Constable Service, LLC.
1074 Woodlen Circle
Saint George, UT 84790
(801) 654-0750



